NEAL J. FIALKOW (SBN 74385)
nfialkow@pacbell.net
JAMES S. CAHILL (SBN 70353)
jscahilllaw@aol.com
HAIK HACOPIAN (SBN 282361)
haik.hacopian@gmail.com
LAW OFFICE OF NEAL J. FIALKOW, INC.
215 N. Marengo Ave., 3rd Floor
Pasadena, CA 91101
Telephone:(626) 584-6060
Facsimile: (626) 584-2950

Attorneys for Plaintiff, Lawrence Peck, as an individual, for himself, and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LAWRENCE J. PECK, an individual and on behalf of all other similarly aggrieved employees,<br><br>Plaintiff,<br><br>vs.<br><br>SWIFT TRANSPORTATION CO. ARIZONA, LLC   and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No.: 5:17-cv-1695 MWF (GJSx)<br>Assigned to Hon. Michael W. Fitzgerald<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION REMANDING ACTION TO STATE COURT AND AWARDING ATTORNEYS' FEES**<br><br>Date:    October 16, 2017<br>Time:    10:00 a. m.<br>Court:   Courtroom 5A<br><br>Complaint Filed: Nov. 20, 2014<br>FAC filed: Dec. 3, 2014<br>Complaint Removed: Aug. 21, 2017<br>Trial Date:  None |

LAW OFFICES OF
NEAL J. FIALKOW
215 N. MARENGO AVE.
THIRD FLOOR
PASADENA, CA 91101
(626) 584-6060

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION REMANDING ACTION TO STATE COURT AND AWARDING ATTORNEYS' FEES - 1

The Court, having reviewed the moving, opposing and reply papers, and good appearing, hereby rules as follows:

Plaintiff's Motion for Order Remanding Removed Action to State Court and Awarding Attorneys' Fees is GRANTED.

The Court finds it lacks subject matter jurisdiction over this case. This case is hereby remanded back to the Riverside County Superior Court, where it was originally filed.

The Court further finds that Defendant Swift Transportation Co. of Arizona, LLC and its lawyers (Sheppard, Mullin, Richter & Hampton LLP) lacked a reasonable basis for seeking removal. Therefore, the Court awards reasonable attorney's fees of $12,750 to reimburse Plaintiff's lawyers (Law Offices of Neal J. Fialkow, Inc.) and to be paid by Defendant Swift Transportation Co. of Arizona, LLC and its lawyers (Sheppard, Mullin, Richter & Hampton LLP).

Dated: September 15, 2017

BY: _____
Hon. Michael W. Fitzgerald
United States District Judge

Presented by:          LAW OFFICES OF NEAL J. FIALKOW, INC.

BY: _/s/Neal J. Fialkow_____
Neal J. Fialkow
Attorney for Plaintiff, Lawrence Peck

LAW OFFICES OF
NEAL J. FIALKOW
215 N. MARENGO AVE.
THIRD FLOOR
PASADENA, CA 91101
(626) 584-6060

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION REMANDING ACTION TO STATE COURT AND AWARDING ATTORNEYS' FEES - 2